# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2019

157222 & (16)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DOUGLAS DALE CHMIELEWSKI,
      Defendant-Appellant.

SC: 157222
COA: 340860
Jackson CC: 87-044857-FM

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED in part as to the defendant's request to amend. In all other respects, the motion for miscellaneous relief is DENIED. The application for leave to appeal the January 24, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



a0329

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2019



Clerk